1   Patrick M. Howe (SBN 154669)
2   *pat@patrickhowelaw.com*
    PATRICK HOWE LAW, APC
3   600 W. Broadway, Ste. 700
4   San Diego, CA 92101
    (619) 504-8785 Phone
5   (619) 452-2507 Fax
6
7   Attorney for plaintiff
    United Financial Casualty Company
8
9
10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12
13   United Financial Casualty          Case No. 3:25-cv-07842-TSH
     Company,
14                                       **REQUEST/STIPULATION**
15              Plaintiff,               **FOR ORDER CONTINUING**
                                         **INITIAL CASE**
16        v.                             **MANAGEMENT**
                                         **CONFERENCE;**
17                                       (~~**PROPOSED**~~) **ORDER**
18   HWH Express Inc.; Old Pal
19   Transportation Inc.; Wenkang
     Yuan; Jun Lin; Huijuan Gao; and
20   Zhengwei Song;
21
              Defendants.
22
23
24
25
26
27
28

### REQUEST/STIPULATION

Plaintiff United Financial Casualty Company requests the Court continue the initial case management conference in this matter, currently set for December 18, 2025, to a date after December 20, 2025. Given that none of the defendants to date has appeared in the case, this request is made in the form of a "Request/Stipulation" rather than a "stipulation."

Plaintiff requests the continuance on the following grounds:

1.    This is an insurance coverage case. Plaintiff is seeking judicial declarations regarding whether plaintiff has a duty under a commercial auto insurance policy to defend or indemnify defendants HWH Express Inc., Old Pal Transportation Inc., Wenkang Yuan, Jun Lin, and Huijuan Gao against damages claims by defendant Zhengwei Song arising out of an auto accident and other activities alleged by defendant Song in a state court damages lawsuit.

2.    Plaintiff filed the complaint on September 15, 2025 and the first amended complaint on October 3, 2025. (Dkt. 1, 8.)

3.    The initial case management conference is currently scheduled for December 18, 2025. The Court issued notice of the conference on September 16, 2025. (Dkt. 5.)

4.    Plaintiff counsel has a prepaid vacation and will be out of the country between December 10, 2025 and December 20, 2025. Counsel purchased the flight tickets for this vacation on September 4, 2025, prior to the Court's issuance of the notice of the case management conference.

5.    Since filing the first amended complaint on October 3, 2025, plaintiff counsel has attempted to serve defendants HWH Express Inc. and Old Pal Transportation Inc. through their listed agents for service

of process with the California Secretary of State's office. These efforts proved unsuccessful. As such, plaintiff counsel located such defendants' listed process agents on the Federal Motor Carrier Safety Administration website and then successfully had such defendants served through the agents listed on such website. These proofs of service were filed with the Court on October 28, 2025 and November 14, 2025. (Dkt. 9, 10.) Neither of these defendants filed a response to the first amended complaint within 21 days. Plaintiff counsel filed requests for entry of default on November 21, 2025. (Dkt. 11, 12.) Counsel filed an amended request for entry of default against defendant HWH Express Inc. on November 25, 2025 in response to the Court's minute order. (Dkt. 13, 14.)

   6.    As for defendants Wenkang Yuan, Jun Lin, and Huijuan Gao, plaintiff counsel attempted to have such defendants served through information gathered by plaintiff during the insurance claims process. Those efforts proved unsuccessful. Plaintiff counsel then hired an investigator to perform skip traces on each such defendants. New addresses were located, but to date, after numerous attempts, service of process has been unsuccessful. Plaintiff counsel will file a motion with the Court for an order allowing plaintiff to serve such defendants by publication.

   7.    As for defendant Zhengwei Song, plaintiff counsel first attempted to have the defendant's state court action attorney of record agree to have the defendant waive service under FRCP 4. The attorney never responded to these inquiries. As such, on November 14, 2025, plaintiff counsel instructed his process server, First Legal, to attempt service on the defendant at his last known address based on discovery conducted in the state court action. As of today, the process server has

been unable to effect service. Plaintiff counsel will have his investigator conduct a skip trace to determine if the defendant can be located at any other address. After that is performed and if service still remains unsuccessful, plaintiff counsel will file a motion with the Court to allow service on defendant Zhengwei Song by publication.

8.  Based on the above, in addition to plaintiff counsel being out of the country on a prepaid vacation on December 18, 2025, plaintiff counsel submits that conducting the initial case management conference on December 18, 2025 will be unproductive because several of the defendants will not be served by the date of the conference, despite diligent efforts by plaintiff and its counsel. At most, only two of the defendants (HWH Express Inc. and Old Pal Transportation Inc.) will have been served and had defaults entered against them.

9.  For these reasons, plaintiff requests that the Court continue the initial case management conference until a date after December 20, 2025, to accommodate plaintiff's counsel's prepaid vacation, or to a date after February 1, 2026, which should provide sufficient time for plaintiff counsel to complete the attempted service on the remaining defendants by normal means and, if those efforts prove unsuccessful, to file a motion for an order allowing service on defendants Wenkang Yuan, Jun Lin, Huijuan Gao, and Zhengwei Song by publication.

November 25, 2025                    PATRICK HOWE LAW, APC

                                     By: */s/ Patrick M. Howe*
                                     Patrick M. Howe
                                     Attorney for plaintiff United
                                     Financial Casualty Company

1

**ORDER**

2      PURSUANT TO THE REQUEST/STIPULATION, IT IS SO

3    ORDERED that the initial case management conference in this case is

4    continued from December 16, 2025 to February 5, 2026 at

5    10:00 a.m.

6

7      November 5, 2025

8      Date                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28